IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHERYL ESTER ESLAMI,<br><br>Defendant. | CR 24-47-M-DWM<br><br><br><br>ORDER |

Defendant Cheryl Ester Eslami has moved for leave to file Exhibits A, H, and I supporting her Motion to Suppress, (Doc. 29), under seal.

There exists "a general right to inspect and copy public records and documents, including judicial records and documents." *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978) (footnotes omitted). There is also "a strong presumption in favor of access to court records." *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003). The party seeking to seal records may overcome this presumption by showing that there is a "compelling reason" to do so. *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096–97 (9th Cir. 2016). Exhibits A, H, and I contain confidential law enforcement information, which is not generally accessible to the public. The need

1

to keep this information private so as to protect various individuals' privacy and protect against the risk of improper use are compelling reasons to file them under seal. *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006) (citing *Nixon.*, 435 U.S. at 598).

Accordingly, IT IS ORDERED that the motion, (Doc. 31), is GRANTED. The Clerk of the Court is is directed to file the above exhibits under seal.

DATED this 17th day of October, 2024.

Donald W. Molloy, District Judge
United States District Court