IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CHERYL ESTER ESLAMI,<br><br>    Defendant. | CR 24–47–M–DLC<br><br><br><br>ORDER |

The Glacier Team held a hearing on this date regarding Defendant Cheryl Eslami's ("Cheryl") admission to the use of Cocaine, Fentanyl, and Xanax on May 18, 2025. (Doc. 59.) This is considered a Moderate-Tier 2 violation of the Glacier Drug Court Intervention Guidelines. Cheryl was admitted to the Glacier Drug Court on November 19, 2024 (Doc. 51), and other than this violation, she has been compliant with all of the conditions and requirements of the program. In the course of the hearing, Cheryl accepted responsibility for the conduct leading to this violation.

Therefore, as a sanction for this violation, the Court orders the following:

(1) For the next two months Cheryl shall increase her outpatient sessions with Brenda Erdelyi from once a week to two times per week.

(2) Cheryl shall write an essay (not to exceed three typewritten pages) describing personal triggers for relapse and steps that she can take to avoid relapse, focusing on the most recent relapse, why it occurred, and what she should or could have done to avoid it. This essay shall be submitted to United States Probation Officer Dave Velasquez ("USPO Velasquez") on or before Friday, June 6, 2025.

In the course of the hearing, Cheryl acknowledged the value of 12-step recovery programs (Alcoholics Anonymous or Narcotics Anonymous), but admitted that she had never seriously engaged in such a program by working the 12-steps, obtaining a sponsor, etc. Cheryl acknowledged that her future recovery would be enhanced by actively engaging in such a program. Therefore, the Glacier Team strongly recommends that Cheryl regularly (at least once a week) attend a 12-step program, obtain a sponsor, and proactively work her way through the 12 steps, and that she report her progress on a monthly basis to USPO Velasquez.

A copy of this order shall be provided to Cheryl and her treatment provider, Brenda Erdelyi.

DATED this 21st day of May, 2025.

_____
Dana L. Christensen, District Judge
United States District Court

2