IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHERYL ESLAMI,<br><br>Defendant. | CR-24-47-M-DLC<br><br>ORDER TO DISMISS INDICTMENT WITH PREJUDICE |

Based upon the United States' motion to dismiss the indictment in this case pursuant to Cheryl Eslami's successful completion of the GLACIER program, and there being no objection,

IT IS HEREBY ORDERED that the indictment (Doc. 2) is dismissed with prejudice.

Dated this 20th day of January, 2026.

DANA L. CHRISTENSEN
United States District Judge

1